Rose Kuhn, Appellee, v. City of Chicago, Appellant.
Gen. No. 42,554.

opinion filed June 21, 1943. Barnet Hodes, Corporation Counsel, for appellant; J. Herzl and L. Louis Karton, Assistant Corporation Counsel, of counsel; Samuel J. Baskin and Sidney S. Altman, for appellee. Opinion by PRESIDING JUSTICE MATCHETT. ''Not to be published in full.''

Mattie Gorton, Appellee, v. Margot Lillian Norris, Executrix of Estate of La Verne Norris, Deceased, Appellant. George L. Hecker, Intervening Petitioner.

Gen. No. 42,579.

opinion filed June 21, 1943. Howard D. Moses, for appellant; Arthur A. Wolfinsohn and Jerome M. Brooks, for appellee; Arthur A. Wolfinsohn, of counsel. Opinion by PRESIDING JUSTICE MATCHETT. ''Not to be published in full.''